IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JAMES W. ROBERTSON,

        Plaintiff,

v.                                    CIVIL ACTION NO.   2:25-cv-00104

ROANE COUNTY COURT and
ANITA HAROLD ASHLEY,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

On February 19, 2025, the Plaintiff, proceeding *pro se*, filed his *Complaint* (Document 1) in this matter. Additional documentation in support of the complaint (Document 3) was filed on February 20, 2025.

By *Administrative Order* (Document 2) entered on February 20, 2025, the matter was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636. On February 25, 2025, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 5) wherein it is recommended that this Court dismiss the Plaintiff's *Complaint* (Documents 1 and 3) and remove this matter from the Court's docket.

Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by March 14, 2025, but none were filed. The Court has reviewed the Plaintiff's submissions

(Document 6 filed on March 13, 2025, and Document 7 filed on March 26, 2025) and finds no objections therein.

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Plaintiff's *Complaint* (Documents 1 and 3) be **DISMISSED** and that this matter be **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER: April 1, 2025

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA